1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Branch Chief, Fresno Office
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226

5  Telephone: (559) 487-5561

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,    ) Case No. 1:21-CR-00006-DAD
   |                              )
12 |     Plaintiff,                ) **APPLICATION AND ORDER APPOINTING**
   |                              ) **COUNSEL**
13 | vs.                           )
   |                              )
14 | GUSTAVO NOLASCO,              )
   |                              )
15 |     Defendant.                )
   |                              )
16 | _____ )

18     Defendant Gustavo Nolasco, through the Federal Defender for the Eastern District of

19 California, hereby requests appointment of counsel.

20     Mr. Nolasco got 60 months of supervised release pursuant to an amended judgment dated

21 July 25, 2019, in the District of Utah. Jurisdiction of his case was transferred to the Eastern

22 

23 District of California on January 8, 2021. Mr. Nolasco began serving his term of supervised

24 release on December 21erc, 2020, and has been encouraged to seek early termination of

25 supervised release by his probation officer.

26 ///

27 ///

28 ///

The attached Financial Affidavit is submitted as evidence of Mr. Nolasco financial inability to retain counsel. Therefore, after reviewing the Financial Affidavit, it is respectfully recommended that counsel be promptly appointed pursuant to 18 U.S.C. § 3006A.

DATED: November 8, 2022         */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: **November 9, 2022**         /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE