HEATHER E. WILLIAMS, #122664
Federal Defender
REED GRANTHAM, #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
GUSTAVO NOLASCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00006-DAD |
| Plaintiff, | *UNOPPOSED* MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; AND ORDER |
| vs. | |
| GUSTAVO NOLASCO, | |
| Defendant. | |

The defense moves this Court for an order terminating supervised release for the above-named defendant. Defense counsel has conferred with counsel for the government, Assistant United States Attorney Arelis Clemente, as well as United States Probation Officer Marissa Frazure, and neither the government nor probation has any objection to this request.

Title 18 U.S.C. § 3583(e)(1) grants this Court the power to terminate a term of supervised release at any time after the expiration of one year on a felony case, pursuant to the provisions of Federal Rule of Criminal Procedure Rule 32.1(c), provided the Court is satisfied that such action is warranted by the conduct of the defendant and in the interests of justice. *See* 18 U.S.C. § 3564(c); *see also United States v. Ponce*, 22 F.4th 1045 (9th Cir. 2022).

On February 4, 2011, Mr. Nolasco pled guilty to one count of possessing with the intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A). *See* District of Utah, Case No. 1:10-cr-00089-CW at Dkt. #43. Mr. Nolasco was sentenced on April 7, 2011,

to 180 months in custody, with a 5-year term of supervised release to follow. *See* District of Utah, Case No. 1:10-cr-00089-CW at Dkt. #48. On July 25, 2019, Mr. Nolasco's sentence was reduced to 147 months. *See* District of Utah, Case No. 1:10-cr-00089-CW at Dkt. #100, 101. Mr. Nolasco's term of supervised release began on December 21, 2020. *See* Eastern District of California Case No. 1:21-cr-00006-DAD at Dkt. #2. Jurisdiction was transferred to the Eastern District of California on January 8, 2021. *See* Dkt. #2.

As of the date of this filing, Mr. Nolasco has been on supervised release for a period of approximately 3 years and 8 months. During that time, Mr. Nolasco has not incurred any violations of supervised release and has remained in compliance with all terms and conditions. Since starting supervised release, Mr. Nolasco has maintained a steady residence with his wife of over 30 years in Bakersfield, California. He has been employed throughout his term of supervised release for Amazon. He is not currently subject to drug testing or counseling and is not receiving resources from probation as part of his supervised release. In short, Mr. Nolasco has been, and is living a positive, pro-social, and law-abiding life.

On July 2, 2024, Mr. Nolasco's probation officer, Marissa Frazure, indicated via email that probation does not oppose early termination in Mr. Nolasco's case. On July 10, 2024, Assistant United States Attorney Arelis Clemente indicated via email that the government, in light of Mr. Nolasco's compliance and performance on supervision, coupled with probation's position, likewise does not oppose the request in this case.

Based on the foregoing, the defense submits that early termination of supervised release is warranted based on the conduct of Mr. Nolasco and is in the interests of justice.

HEATHER E. WILLIAMS
Federal Defender

Dated: July 12, 2024         /s/ *Reed Grantham*
                             REED GRANTHAM
                             Assistant Federal Defender
                             Attorney for Defendant
                             GUSTAVO NOLASCO

**O R D E R**

Given the circumstances outlined by defendant's counsel above, pursuant to 18 U.S.C. § 3583(e), the Court hereby terminates Defendant Gustavo Nolasco's term of supervised release.

IT IS SO ORDERED.

Dated: __July 12, 2024__              _Dale A. Drozd_
                                      DALE A. DROZD
                                      UNITED STATES DISTRICT JUDGE